IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Scott N. Johnson,          )
                           )   2:11-cv-00376-GEB-CKD
          Plaintiff,       )
                           )
     v.                    )   ORDER OF DISMISSAL
                           )
Cornell Properties, LTD., L.P., )
                           )
          Defendant.       )
_____)

      Plaintiff filed a "Notice of Settlement" on December 4, 2012, in which he stated, "the parties have settled this action[, and d]ispositional documents will be filed within (20) calendar days." (ECF No. 15.) Therefore, an "Order Re: Settlement and Disposition" was filed on December 5, 2012, which directed the parties to file a dispositional document no later than December 26, 2012. (ECF No. 16.) The December 5th Order notified the parties that the failure to timely file a dispositional document could lead to dismissal of the action. (Id.) Plaintiff subsequently obtained an extension of time to file a dispositional document until January 22, 2013. (ECF No. 18.)

      Since no dispositional document has been filed, and the parties have not provided any reason for the continued pendency of this action, this action is dismissed without prejudice.

Dated:  January 24, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1